```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT LYNCHBURG, VA
                                                               FILED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JUN 11 2007

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| ROBERT KENNEDY, JR., ) | |
| Petitioner, ) | Civil Action No. 7:07-cv-00261 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Norman K. Moon |
| Respondent. ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action, which the court construes as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice; Kennedy's motion to proceed in forma pauperis [Docket #2] is **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 11th day of June, 2007.

_____
United States District Judge